UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRY A. LEWIS** | **CIVIL ACTION NO. 09-0332**<br>**Section P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MOREHOUSE DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motions for default judgment [Doc. No. 21] and for entry of default [Doc. No. 20] filed by pro se Plaintiff Terry A. Lewis are hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Morehouse Parish Detention Center be **DISMISSED** from the case.

MONROE, LOUISIANA, this 9th day of June, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE