RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/10/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TERRY A. LEWIS | CIVIL ACTION NO. 09-0332<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE DETENTION<br>CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the oral motion for judgment as a matter of law on partial findings, *see* [Doc. No. 57], filed by Defendants Keith Clacks, Samuel Black, and Isaac Brown, is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of Defendants Keith Clacks (identified as "Sgt. Clacks"), Samuel Black (identified as "Cpl. Black"), and Isaac Brown (identified as "Assistant Warden Brown"), and against Plaintiff Terry A. Lewis, dismissing, with prejudice, Plaintiff's Complaint, in its entirety.

MONROE, LOUISIANA, this 9 day of May, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE